UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTHONY DIVALENTINO,

                Petitioner,               **ORDER**

    -against-                  21 Civ. 4534 (PMH) (AEK)

SUPT. MICHAEL MILLER, Green Haven
Correctional Facility,

                Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court is in receipt of Petitioner's Request to Amend Petition for Writ of Habeas Corpus, ECF No. 25.  Respondent is hereby ordered to serve and file a letter in response to ECF No. 25 by no later than **September 15, 2022**.

      Because the notice of appearance entered by Jonathan Edelstein was for a limited purpose, *see* ECF No. 18, and that limited purpose—filing an application for stay and abeyance—has been completed, Petitioner is again proceeding *pro se*, as evidenced by his most recent filing.  Accordingly, the Clerk of Court is respectfully directed to update the docket sheet to terminate Mr. Edelstein as Petitioner's counsel and reinstate Petitioner to *pro se* status, including listing his current address as follows:  Anthony DiValentino, 11-A-3836, Green Haven Correctional Facility, P.O. Box 4000, Stormville, NY 12582.  The Clerk of Court is also respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

Dated:  September 1, 2022
          White Plains, New York              **SO ORDERED.**

                                                                  */s/ Andrew Krause*
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge