UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTHONY DIVALENTINO,

                      Petitioner,                  **ORDER**

       -against-                                21 Civ. 4534 (PMH) (AEK)

SUPT. MICHAEL MILLER, Green Haven
Correctional Facility,

                      Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court is in receipt of Petitioner's letter dated November 29, 2022, in which he states that he filed a motion to amend his habeas petition but "did not receive any acknowledgment from the Court, nor [has he] gotten any reply from the respondent." ECF No. 30. Petitioner asks for verification that the Court received his motion and requests a copy of the docket sheet. *Id.* The docket sheet reflects not only that the Court has received Petitioner's motion to amend, ECF No. 25, but that the Court has also received Respondent's opposition to the motion, ECF No. 28, as well as Petitioner's reply to the opposition, ECF No. 29. Accordingly, the Court deems the motion to amend to be fully submitted and will decide it in due course.

       The Clerk of Court is respectfully requested to mail a copy of the docket sheet, as well as a copy of this Order, to the *pro se* Petitioner.

Dated:  December 5, 2022
          White Plains, New York

                                                          **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge